DEMETRIOS G. METROPOULOS
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois  60606
Telephone:   (312) 782-0600
Facsimile:    (312) 701-7711
Admitted Pro Hac Vice
demetro@mayerbrown.com


JAMES B. YOUNG (Cal. Bar No. 46198)
ED KOLTO (Cal. Bar No. 142793)
ANNA KAPETANAKOS (Cal. Bar No. 179204)
PACIFIC BELL TELEPHONE COMPANY
    d/b/a AT&T CALIFORNIA
525 Market Street
San Francisco, California  94105
Telephone:    (415) 778-1420
Facsimile:     (415) 974-5570
Ek1942@att.com

Attorneys for Plaintiff
Pacific Bell Telephone Company
d/b/a AT&T California

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. C 06 5868 WHA<br><br>**~~PROPOSED~~ ORDER GRANTING STIPULATION TO ENLARGE ADR DEADLINES BY ONE WEEK** |
| Plaintiff, | | |
| vs. | | |
| THE CALIFORNIA PUBLIC UTILITIES COMMISSION; MICHAEL R. PEEVEY, GEOFFREY F. BROWN, DIAN M. GRUENEICH, JOHN BOHN, and RACHELLE CHONG, in their official capacities as Commissioners of the Public Utilities Commission of the State of California, and not as individuals; and QWEST COMMUNICATIONS CORPORATION and QWEST !NTERPRISE AMERICA, INC., | | |
| Defendants. | | |

1
Proposed Order

1   This matter comes before the Court on the Stipulation of Plaintiff Pacific Bell Telephone
2   Company ("AT&T California") To Enlarge ADR Deadlines by One Week, to allow the parties to
3   participate in a mediation before an Administrative Law Judge of the CPUC.  Having fully
4   considered the stipulation, and the parties' agreement to that stipulation, the Court states as
5   follows:
6       1.   The Stipulation is GRANTED.
7       2.   The parties shall file either a Stipulation to ADR Process or a Notice of Need for
8   ADR Phone Conference on or before Thursday, December 7, 2006.
9       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
10  Dated:  November 30 , 2006 .                    _____
11                                                  WILLIAM ALSUP
12                                                  United States District Judge

*[Stamp: IT IS SO ORDERED / Judge William Alsup / United States District Court, Northern District of California]*

2
Proposed Order

Dated: November 29, 2006

                                          Respectfully submitted,

                                          By: */s/ Demetrios G. Metropoulos*
                                                 One of the Attorneys for
                                                 Pacific Bell Telephone Company

Demetrios G. Metropoulos
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois  60606
Telephone:   (312) 782-0600
Facsimile:    (312) 701-7711
Admitted Pro Hac Vice
demetro@mayerbrown.com


James B. Young (Cal. Bar No. 46198)
Ed Kolto (Cal. Bar No. 142793)
Anna Kapetanakos (Cal. Bar No. 179204)
PACIFIC BELL TELEPHONE COMPANY
   d/b/a AT&T CALIFORNIA
525 Market Street
San Francisco, California  94105
Telephone:   (415) 778-1420
Facsimile:    (415) 974-5570
Ek1942@att.com

Attorneys for Plaintiff
Pacific Bell Telephone Company
d/b/a AT&T California