IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CALIFORNIA PUBLIC UTILITIES COMMISSION, MICHAEL R. PEEVEY, GEOFFREY F. BROWN, DIAN M. GRUENEICH, JOHN BOHN, and RACHELLE CHONG, et al.,<br><br>    Defendants.<br>_____ / | No. C 06-05868 WHA<br><br>**ORDER DENYING STIPULATION TO STAY DEADLINES** |

The Court **DENIES** the parties' stipulation to stay all deadlines. All deadlines remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: December 8, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE