DEMETRIOS G. METROPOULOS
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
Admitted Pro Hac Vice
demetro@mayerbrown.com

JAMES B. YOUNG (Cal. Bar No. 46198)
ED KOLTO (Cal. Bar No. 142793)
ANNA KAPETANAKOS (Cal. Bar No. 179204)
PACIFIC BELL TELEPHONE COMPANY
   d/b/a AT&T CALIFORNIA
525 Market Street
San Francisco, California 94105
Telephone: (415) 778-1420
Facsimile: (415) 974-5570
Ek1942@att.com

Attorneys for Plaintiff
Pacific Bell Telephone Company
d/b/a AT&T California

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>THE CALIFORNIA PUBLIC UTILITIES COMMISSION; MICHAEL R. PEEVEY, GEOFFREY F. BROWN, DIAN M. GRUENEICH, JOHN BOHN, and RACHELLE CHONG, in their official capacities as Commissioners of the Public Utilities Commission of the State of California, and not as individuals; and QWEST COMMUNICATIONS CORPORATION and QWEST !NTERPRISE AMERICA, INC.,<br><br>        Defendants. | Case No. C 06 5868<br><br>**PROPOSED ORDER GRANTING STIPULATED DISMISSAL OF AT&T CALIFORNIA'S ACTION AGAINST DEFENDANTS**<br><br><br><br><br><br>JUDGE: HONORABLE WILLIAM<br>        ALSUP |

1     This matter comes before the Court on the Stipulated Dismissal of AT&T California's

2 Action Against Defendants. Having fully considered the stipulation, and the parties' agreement

3 to that stipulation, the Court states as follows:

4     1.    The Stipulation is GRANTED.

5     2.    AT&T California's claims against Defendants Qwest Communications

6 Corporation and Qwest !nterprise America, Inc. are dismissed with prejudice.

7     3.    AT&T California's claims against the California Public Utilities Commission

8 ("CPUC") and the Defendant Commissioners are dismissed without prejudice.

9     4.    This Order does not relate to, or affect, any future claims that AT&T California

10 might have against the CPUC or the Defendant Commissioners with respect to any current or

11 future order regarding the interim collocation rates that AT&T California charges any carrier

12 other than Qwest.

13     5.    The Case Management Conference scheduled for December 21, 2006 is stricken.

14     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15     Dated: December 21, 2006

16     WILLIAM ALSUP
17     United States District Judge

2
Proposed Order

| | | |
|---|---|---|
| 1 | Dated: December 20, 2006 | Respectfully submitted, |
| 2 | | By: */S/ Demetrios G. Metropoulos* |
| 3 | | One of the Attorneys for |
| 4 | | Pacific Bell Telephone Company |

Demetrios G. Metropoulos
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
Admitted Pro Hac Vice
demetro@mayerbrown.com

James B. Young (Cal. Bar No. 46198)
Ed Kolto (Cal. Bar No. 142793)
Anna Kapetanakos (Cal. Bar No. 179204)
PACIFIC BELL TELEPHONE COMPANY
    d/b/a AT&T CALIFORNIA
525 Market Street
San Francisco, California 94105
Telephone: (415) 778-1420
Facsimile: (415) 974-5570
Ek1942@att.com

Attorneys for Plaintiff
Pacific Bell Telephone Company
d/b/a AT&T California

Proposed Order